# TABAK, MELLUSI & SHISHA LLP

29 BROADWAY
SUITE 2311
NEW YORK, NEW YORK 10006

TEL (212) 962-1590
TEL (800) 280-1590
FAX (212) 385-0920

RALPH J. MELLUSI
JACOB SHISHA*

*ALSO ADMITTED IN
NEW JERSEY AND
LOUISIANA

LONG ISLAND OFFICE

OF COUNSEL
SHELDON TABAK
STEPHEN B. ROBERTS

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 29 2010

September 27, 2010

Clerk of the Court
United States District Court
Eastern District of New York
100 Federal Plaza, PO Box 9014
Central Islip, New York 11722-9014

Re: Arthur C. Vandergucht v. Winter Harbor Brands
Vessel: BAYHEAD and GREAT PACONIC
08 CV 2439 (LDW) (WDW)
D/A: 8/23/07
Our File#: S2361.08

Dear Sir/Madam:

The captioned matter has been settled. Enclosed please find our check #8496 in the amount of $350 the cost of the filing fee.

If you have any questions, please contact us.

Very truly yours,

Tabak, Mellusi & Shisha LLP

Jacob Shisha

JS/kf
Enc.

9/29 -kc
#4639

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 29 2010 ★

LONG ISLAND OFFICE

08CV-2439(LDW/WDW)

```
Court Name: Eastern District of New York
Division: 2
Receipt Number: NYEC004369
Cashier ID: scarine
Transaction Date: 09/29/2010
Payer Name: TABAK, MELLUSI AND SHISHA
----------------------------------
CIVIL FILING FEE
 For: TABAK, MELLUSI AND SHISHA
 Case/Party: D-NYE-1-08-CV-002439-000
 Amount:         $350.00
----------------------------------
CHECK
 Check/Money Order Num: 8496
 Amt Tendered:   $350.00
----------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00
```